JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>                Petitioner,<br><br>     v.<br><br>A. HEDGPETH, et al.,<br><br>                Respondents. | Case No. EDCV 08-695 CJC(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is granted and this action is dismissed with prejudice.

DATED: May 14, 2009

                                                  HONORABLE CORMAC J. CARNEY
                                                  UNITED STATES DISTRICT JUDGE